UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIAM WORKMAN, | Case No. 3:17-cv-00508-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

On November 3, 2017, this Court denied habeas petitioner William Workman's application to proceed *in forma pauperis* (ECF No. 3). Workman has filed a motion for extension of time to file an updated financial certificate and inmate account statements (ECF No. 4). He states that the updated financial information will demonstrate that he is unable to pay the $5.00 filing fee. Good cause appearing, It is ordered that petitioner's motion for extension of time (ECF No. 4) is granted. Petitioner must file a new financial certificate and inmate account statements within thirty (30) days of the date of this order.

DATED THIS 16th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE