UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIAM WORKMAN, | Case No. 3:17-cv-00508-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner William Workman has submitted a letter to the Court stating that he mailed the $5.00 habeas corpus petition filing fee and asking if the Court received the payment (ECF No. 6). First, the Court emphasizes that a letter is not a proper filing. If petitioner seeks information or action by the Court, he must file a motion. Second, the Clerk's Office has indicated that it has not received the filing fee that Workman references in his letter.

It is therefore ordered that petitioner must either (1) pay the $5.00 filing fee or (2) file a new financial certificate and inmate account statements (*see* ECF No. 5) within thirty (30) days of the date of this order.

DATED THIS 11th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE