UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM WORKMAN, | Case No. 3:17-cv-00508-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Habeas petitioner William Workman has filed a third motion for extension of time to file an updated financial certificate and inmate account statements (ECF No. 9). Good cause appearing, it is ordered that petitioner's motion for extension of time (ECF No. 9) is granted. Petitioner must file a new financial certificate and inmate account statements within thirty (30) days of the date of this order.

It is further ordered that petitioner's second motion for extension of time (ECF No. 8) is granted *nunc pro tunc*.

DATED THIS 10th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1