UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIAM WORKMAN, | Case No. 3:17-cv-00508-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

*Pro se* 28 U.S.C. § 2254 habeas Petitioner William Workman has filed a motion for default (ECF No. 16). He points out that Respondents did not file a response to his petition within the original ninety-day deadline. However, Respondents have timely moved for an extension of time, based in part on a delay in obtaining the state court records and the large volume of state court records (ECF No. 15). Good cause appearing,

It is therefore ordered that Respondents' motion for extension of time to respond to the petition (ECF No. 15) is granted. Respondents must file their response on or before September 3, 2018.

It is therefore ordered that Petitioner's motion for default (ECF No. 16) is denied.

DATED THIS 18th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE